**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No. 09-cv-02501-PAB-LTM

PRINCIPAL LIFE INSURANCE COMPANY,

     Plaintiff,

vs.

WENDY MITCHELL,
CHARLES H. ADAMS, IV,

     Defendant(s).

_____

**ORDER RE: UNOPPOSED MOTION FOR LEAVE TO PARTICIPATE IN
SCHEDULING/SETTLEMENT CONFERENCE BY TELEPHONE (docket # 43)**

_____

     THE COURT, after review of Plaintiff Principal Life Insurance Company's Unopposed

Motion for Leave to Participate in Scheduling/Settlement Conference by Telephone and after review

of the entire file, hereby

     GRANTS Plaintiff Principal Life Insurance Company's unopposed motion. Plaintiff

Principal Life Insurance Company will call the court on Monday, April 19, 2010 at 10:00 AM at

970.241.2187.

     DATED at Grand Junction, Colorado, this 12th day of April, 2010.

                    BY THE COURT:


                    s/Laird T. Milburn

                    _____
                    Laird T. Milburn
                    United States Magistrate Judge