**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice**

Civil Action No. 09-cv-02501-PAB-GJR

PRINCIPAL LIFE INSURANCE COMPANY,

      Plaintiff,

vs.

WENDY MITCHELL,
CHARLES H. ADAMS, IV,

      Defendant(s).

---

**ORDER RE: PRINCIPAL LIFE'S MOTION TO VACATE PRELIMINARY
PRETRIAL CONFERENCE; AND ALTERNATIVE MOTION TO
PARTICIPATE BY TELEPHONE (docket # 66)**

---

THE COURT, after review of Plaintiff Principal Life Insurance Company's Motion to

Vacate Preliminary Pretrial Conference; and Alternative Motion to Participate by Telephone (docket

# 66), the Court, hereby

**GRANTS** Plaintiff Principal Life Insurance Company's motion.  Preliminary Pretrial

Conference set for October 13, 2010 at 10:00 a.m. is **VACATED**.

DATED at Grand Junction, Colorado, this 19th day of October, 2010.

                    BY THE COURT:

                    s/Gudrun J. Rice

                    _____

                    Gudrun J. Rice
                    United States Magistrate Judge