IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No.   09-cv-02501-PAB-GJR

PRINCIPAL LIFE INSURANCE COMPANY,
     Plaintiff,

vs.

WENDY MITCHELL,
     Co-Defendant,

CHARLES H. ADAMS, IV,
     Co-Defendant,

and,

WENDY MITCHELL,
     Counterclaimant,

vs.

PRINCIPAL LIFE INSURANCE COMPANY,
     Counter-Defendant.

---

## ORDER RE:  DEFENDANT CHARLES H. ADAMS IV MOTION TO STRIKE DEFENDANT MITCHELL'S NOTICE OF COURT FILING BY DEFENDANT MITCHELL IN MONTROSE DISTRICT COURT (docket # 77)

---

The Court **GRANTS** Defendant Charles H. Adams IV's Motion to Strike Defendant

Mitchell's Notice of Court filing by Defendant Mitchell in Montrose District Court (docket #

77).   The Court **DENIES** without prejudice the request for an award of attorney fees.

DATED at Grand Junction, Colorado, this 19th day of November, 2010.

BY THE COURT:

Gudrun J. Rice
United States Magistrate Judge